GEORGE W. MARTIN AND OTHERS v. GEORGE W. WADE.

A judgment, "that the plaintiff have and recover from the defendant, all costs in this behalf expended, for which execution may issue," is *not* a final one; although it is recited in the entry of such judgment, that the plaintiff appeared and acknowledged he had received the full amount sued for in the cause.

ERROR from Bell. Tried below before the Hon. R. E. B. Baylor.

The entry of the judgment, in this case, was as follows: "This "day came the plaintiff, by his attorney, and acknowledges to "have received the full amount sued for; it is therefore con- "sidered by the court, that the plaintiff have and recover of and "from said defendants, all costs in this behalf expended, for "which execution may issue."

*Chamberlin* and *Flint*, for plaintiffs in error.

*X. B. Saunders*, for defendant in error.

ROBERTS, J. This is a suit upon a title bond, for specific performance. There was no service of process on the defendants; nor does it appear, by the recital in the judgment entry, that they appeared. The plaintiff appeared, and acknowledged satisfaction of his demand, and the court rendered simply a judgment for costs, against the defendants.

It certainly would have been erroneous, in this case, to have rendered a judgment against the defendants for costs, they having neither appeared nor been served with process. But there being no decree, disposing of the cause, there is no final judgment which this court can revise. (Warren v. Shuman, 5 Tex. Rep. 441.) The writ of error will therefore be dismissed.

Writ of error dismissed.